474 A.2d 657

Commonwealth v. Meyers, Appellant.

Submitted October 21, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.